Gloria J. McWILLIAMS, Petitioner,

v.

DEPARTMENT OF the AIR FORCE, Respondent.

No. 2011–3075.

United States Court of Appeals, Federal Circuit.

March 17, 2011.

### ORDER

Petitioner having filed the required Statement Concerning Discrimination,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's March 1, 2011, 454 Fed. Appx. 892, dismissal order is vacated, the mandate recalled, and the petition for review is reinstated.

(2) Respondent's should calculate their brief due date from the filing date of this order.

David L. HORNICK, Claimant–Appellee,

v.

Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellant.

No. 2011–7035.

United States Court of Appeals, Federal Circuit.

March 21, 2011.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).